UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 1:18-bk-10412-MB |
| | CHAPTER 13 |
| Rhonda Denise Hawkins | |
| | JUDGE MARTIN R. BARASH |
| DEBTOR | NOTICE OF FINAL CURE PAYMENT |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Elizabeth F. Rojas files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper

**Final Cure Amount**

| Trustee Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 1 | 2215 | $0.00 | $59,209.92 | $59,209.92 |
| Total Amount Paid by Trustee | | | | $59,209.92 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Date: April 16, 2025                          /s/ Elizabeth F. Rojas
                                              Elizabeth F. Rojas
                                              Chapter 13 Trustee
                                              15260 Ventura Blvd.
                                              Suite 830
                                              Sherman Oaks, CA  91403

| In Re:   Rhonda Denise Hawkins | Chapter 13 |
|---|---|
| Debtor(s) | Case Number:  1:18-bk-10412-MB |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
15260 Ventura Blvd., Suite 830, Sherman Oaks, CA  91403

A true and correct copy of the foregoing document entitled: <u>NOTICE OF FINAL CURE PAYMENT</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **<u>4/16/2025</u>**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

UNITED STATES TRUSTEE (SV):  USTPREGION16.SV.ECF@USDOJ.GOV
DEVIN SAWDAYI:  DEVINSLAW@GMAIL.COM

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>:**
On **<u>4/16/2025</u>**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

RHONDA DENISE HAWKINS, 22738 SATICOY ST, WEST HILLS, CA  91307
NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, ATTN: BANKRUPTCY DEPT., PO BOX 619094, DALLAS, TX 75261-9741

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>**:
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on **<u>4/16/2025</u>**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/16/2025 | Marina Ortiz | /s/ Marina Ortiz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE